IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
___Delta Division___ DIVISION

CASE NO. _2:21-cv-00056-LPR-PSH_



I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

I..A  Name of plaintiff: _Jarell D. Terry_
ADC# _149998_

Address: _P.O. Box 970 Marianna AR 72360_

Name of plaintiff:_____
ADC#_____

Address: _____

This case assigned to District Judge _Rudofsky_
Name of plaintiff:_____ and to Magistrate Judge _Harris_
ADC#_____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

.B  Name of defendant: ~~Faith Thomas~~ _James Dycus and Emmer Branch_
Position: _Wardens_
Place of employment: _Arkansas Division of Correction_
Address: _6814 Princeton Pike rd Pine Bluff AR 71602_

Name of defendant: _Rory Griffin Marlena Kelly_
Position: _Sergeant_
Place of employment: _Whitnall /ADC_
Address: _6814 Princeton Pike rd Pine Bluff AR 71602_

Name of defendant: _Gregory Rachael Raymond Naylor_
Position: _Internal Affair Investigator_

Place of employment: Wellpath /ADC

Address: 6814 Princeton Pike rd Pine Bluff AR 71602

Name of defendant: Carrie Granville

Position: Sergeant

Place of employment: ADC

Address: 6814 Princeton Pike rd Pine Bluff AR 71602

II. Are you suing the defendant in:

- Official capacity only
- Personal capacity only ✓
- Both official and personal capacity ✓

Name of defendant: William Straughn / Dexter Payne
Position: Assistant Director / Director
Place of Employment: ADC
Address: 6814 Princeton Pike rd Pine Bluff AR 71602

III. Previous Lawsuits

I..B Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ~~✗~~

I..C If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Yes ✓   No ~~✗~~

- Parties to the previous lawsuit:

Plaintiffs ~~N/A~~ ~~James~~ Jarell D. Terry

Defendants: ~~N/A~~ James Dycus

- Court (if federal court, name the district; if state court, name the county):
  ~~N/A~~ Eastern District of Arkansas

- Docket Number: ~~N/A~~ 2:19cv134-DPM-JTR

- Name of Judge to whom case was assigned: ~~N/A~~ *D.P. Marshal & J.T. Kearny*

- Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ~~N/A~~ *Dismissed*

- Approximate date of filing lawsuit: *N/A*

- Approximate date of disposition: *N/A*

IV. Place of Present confinement:
*East Arkansas Regional Unit Max*

V. At the time of the alleged incident(s), were you:
(Check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____
_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes __✓__   No __✓__

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
Yes __✓__   No __✓__

If not, why? ~~Grievance that I wrote which specifically named Dr. Ruth Thomas was rejected as untimely~~ *Monetary damages unavailable and memory vagueness was cured through discovery of surveillance and details were later remembered so some claims unexhausted and unavailable.*

VII Statement of Claim

1. On May 29, 2019 during Isolation 2 cell clean up Cpl. K. Wilson approach my ~~clean~~ to the outside of my cell due to the fact that I had been having mental anxiety attacks and I had been committing numerous "crazy" actions including refusing my food trays that were fed by Cpl. Akins and Cpl. Spearman due to the deprivation of sleep and mattress.

2. I was accussed of being suicidal by M. Kelly (former Captain). M. Kelly approached my cell, as discovery of surveillance reveals, he gave me a direct order to catch the handcuffs in which I attempted to explain my problem. M. Kelly then administered a burst MK-9 chemical agent lot #311214. M. Kelly then directed me to turn around and catch the cuffs, I turned around to surrender to cuffs but was sprayed with MK-9 again. Although I was immediately blinded I quickly blinked to see my position in the cell and observed Emmer Branch in the bathroom window wearing a purple jacket. I was then told to strip naked and place my hands outside the bars by M. Kelly after obeying his direct order I was sprayed with MK-9 again.

3. I was told later to through heresay that Sgt. C. Granville[1] was the assisting officer that ~~held and~~ recorded the incident as this torturous cruelty lasted 4.2 minutes and 25 seconds but failed to intervene, as I was soo drenched in MK-9 that I fell from slipping in chemical agents that fell like a million bee stings and lava. Sgt. Norment and Sgt. Franklin then ~~arrived~~ handcuffed me.

4. I was then handcuffed and escorted to Isolation 2 showers to decontaminate in which an unknown officer pushed me, while I was restrained, forcefully in the shower after the handheld camera was turned off by Sgt. Granville. This forceful push caused me to hit my head on the ground and loss consciousness. After regaining consciousness I observed that I was still restrained and I had to help myself up which resulted in scrapped knees. I requested and begged for help from Cpl. Dodd, Sgt. Franklin, Cpl. Ms. Wilson, Cpl. C. Parnell, and Cpl. Stokes but to no avail. Due to the length of 4 point restraints I had to literally use my head to push the shower button.

5. I was later placed in stripped cell with nothing but a papergown. M. Kelly asked me if I wanted to speak to Mental Health advisors Ms. B. Leaks, B. Williams, and S. Brown AFTER I was sprayed. I told him I wanted my property.

6. I notified the Classification Committee and wrote numerous grievances in which I was retaliated against through false disciplinary reports by Captain Kelly. No investigation was held on Officers involved by Raymond Naylor. When I reported verbally to Dycus he stated "do you know how long ago that was?" Sgt. Granville failed to preserve photos of injures and lied to me her involvement recently stating she "don't need them investigating" her.[2]

7. I suffered from physical injury, humiliation, paranoia, fear, ~~nightmares~~ anger issues, and suicidal actions amongst nightmares of officer brutality. During litigation the spouce of ~~Captain~~ Marlena Kelly even refused my legal assistance on occassion.

I declare the ~~following~~ above to be true and correct under penalty of perjury (18 U.S.C § 1621)

Executed on this 9th day of May, 2021

Jaleel Jerry

[1] When asked if she remembered Kelly spraying me she stated "I have a bad mind".

[2] No disciplinary action was taken by William Straughn

VIII Relief

$153,000 Compensatory Damages, $97,000 Punitive Damages, ~~immediate~~ restraining order, disciplinary action against officers involved. All other proper just relief. All Request relief joint & severally against named defendants.

I declare the foregoing to be correct and true under penalty of perjury (18.U.S.C. §1621) Execute on this 9th day of May 2021

Jarell Jerry

Jarell D. Terry
P.O. Box 970
Marianna AR 72360

U.S.D.C.
600 West Capitol Ave Suite A-149
Little Rock AR 72201-3325

NEOPOST
05/12/2021
US POSTAGE $0



72201$3399 C041