FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 8 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Delta Division_ DIVISION**

CASE NO. _2:21cv56-LPR-PSH_

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: _Jarell D. Terry_
ADC # _149998_

Address: _P.O. Box 970 Marianna AR 72360_

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: _James Dycus_

Position: _Deputy Warden_

Place of employment: _Arkansas Division of Correction_

Address: _6814 Princeton Pike rd. Pine Bluff AR 71602_

Name of defendant: _Emmer Branch_

Position: _Assistant Warden_

-4-

Place of employment: 6814 Princeton Pike rd. Pine Bluff AR 71602 ADC

Address: 6814 Princeton rd Pike rd. Pine Bluff AR 71602

Name of defendant: Moriano Kelly

Position: Sergeant (former Captain)

Place of employment: ADC-East Arkansas Regional Unit Max

Address: 6814 Princeton Pike rd. Pine Bluff AR 71602

Name of defendant: William Straughn JJ

Position: Assistant Director JJ

Place of employment: ADC JJ

Address: 6814 Princeton Pike rd. Pine Bluff AR 71602 JJ

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: Jarell D. Terry

Defendants: Dycus et al.

☐ Court (if federal court, name the district; if state court, name the county): _Eastern District of Arkansas_

☐ Docket Number: _2:19cv134-DPM-JTR_

☐ Name of judge to whom case was assigned: _D.P. Marshall & J.T. Kearny_

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Voluntarily dismissed without prejudice_

☐ Approximate date of filing lawsuit: _10.22.19_

☐ Approximate date of disposition: _5.19.21_

IV. Place of present confinement: _East Arkansas Regional Unit Max_

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_✓_ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _✓_   No _____

    B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ____

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On May 29, 2019 during Isolation 2 cell clean up Cpl. K. Wilson approached my cell for cell clean up. Before this I had been having mental anxiety attacks and I had be committing numerous "crazy" actions due to sleep deprivations.

2. I was accused of being suicidal by M. Kelly. M. Kelly approached my and gave me a direct order to catch the handcuffs in which I attempted to explain my problem, M. Kelly then administered a burst MK-9 chemical agent (lot #311214). M. Kelly then directed me to turn and catch the cuffs, I turned around to surrender to handcuffs but was sprayed again.

3. Although I was immediately blinded I quickly blinked to see my position in the cell and observed Assistant Warden Emmer Branch in the bathroom window wearing a purple jacket. E. Branch failed to stop M. Kelly's actions. I was then told to strip naked and place my

hands outside the bars by M.Kelly after obeying his direct orders I was sprayed with mk-9 chemical agent again.

4. This incident occurred for approximately 4 minutes and 25 seconds at one point in time I was soo drenched in chemical agents that I slipped from the spray and fell. I begged to be handcuffed but M.Kelly prolonged as the chemical agents set in they made my body fell as if I was covered in bee stings and on fire. Sgt.Norment and Sgt.Franklin later handcuffed me.

5. I was cuffed in 4 point restraints and escorted to the Isolation 2 shower to decontaminate in which an unknown officer, I believe M.Kelly, forcefully pushed me into the shower. This forceful push caused me to hit my head on the ground and lose conciousness. After regaining conciousness I observed that I was still restrained and I had to help myself up which resulted in scraped knees. I requested and begged for help from Cpl.Dodd, Sgt.Franklin, Cpl.K.Wilson, Cpl.C.Parnell, and Cpl.Stokes but to no avail. Due to the length of the 4 point restraints I had to literally use my head to turn on the shower.

6. I was later placed in a stripped cell with nothing but a papergown. M.Kelly then asked me if I wanted to speak to mental health advisors Ms.B.Leake, B.Williams, and S.Brown AFTER I had been sprayed. I told him I wanted my property.

7. I notified the classification committee and wrote numerous grievances in which I was retaliated against through false disciplinary reports by M.Kelly. No investigation was held on officers involved by Raymond Naylor. When I reported this incident Warden J.Dycus he stated "do you know who long ago that was?" but even after knowing J.Dycus failed to discipline.

8. I suffered from physical injury, humiliation, paranoia, fear, anger issues, suicidal thoughts, and nightmares of officer brutality.

VIII. Relief

    State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$65,000 Compensatory Damages joint and severally

$15,000 Punitive Damages joint and severally

Any and all just relief in which I may be entitled

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22nd day of June, 2021.

*Jarell Jerry*

Signature(s) of plaintiff(s)

-8-