IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL TERRY**                                                                                                          **PLAINTIFF**
**ADC #149998**

v.                                          No: 2:21-cv-00056 LPR-PSH

**J. DYCUS, Deputy Warden,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received a Partial Recommendation from United States Magistrate Judge Patricia S. Harris. (Doc. 13). Plaintiff Jarrell Terry filed objections to the Recommendation. The Court has conducted a careful and *de novo* review of the Recommendation, the objections, and the entire record. Based on the *Court's de novo* review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED that:

1. Terry's claims against defendants Kelly and Branch in their individual capacities proceed; and

2. Terry's other claims are dismissed without prejudice.

IT IS SO ORDERED this 4th day of November, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE