IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
ADC #149998C

v.                    No: 2:21-cv-00056 LPR-PSH

**JAMES DYCUS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommendation from United States Magistrate Judge Patricia S. Harris. (Doc. 42). Plaintiff Jarrell D. Terry filed timely objections to the Partial Recommendation.[1] The Court has carefully reviewed the Partial Recommendation, the objections, and the entire record *de novo*. Based on the Court's *de novo* review, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Terry's request for injunctive relief (Doc. No. 39) is DENIED

IT IS SO ORDERED this 4th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court treats (Doc. 44) Mr. Terry's "Motion Supporting Injunction Request" as a timely objection to the Partial Recommendation. The same goes for Doc. 43.