IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                                    **PLAINTIFF**
**ADC #149998**

v.                                    No: 2:21-cv-00056-LPR-PSH

**MORIENO KELLY**                                                                                    **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris and the Plaintiff's Objections.[1] After a careful and *de novo* review of the PFR, the objections, and the case record, the Court approves and adopts the PFR in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant Kelly's Motion for Summary Judgment (Doc. 94) is GRANTED. Judgment will be entered for Defendant Kelly on Plaintiff's individual-capacity claims against him.

IT IS SO ORDERED this 28th day of August 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Proposed Findings and Recommendation (Doc. 122); Pl.'s Objections (Doc. 124). In Doc. 123, the Plaintiff requested a retroactive extension of time such that his Objections would be considered to be timely filed. That request is granted.