**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JARELL D. TERRY**                                                    **PLAINTIFF**
**ADC #149998**

**v.**                              **No: 2:21-cv-00056-LPR-PSH**

**MORIENO KELLY**                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) summary judgment is entered in favor of Defendant Morieno Kelly on the § 1983 excessive force claims Plaintiff made against Kelly related to the chemical spraying and the push in the shower; and (2) all other claims in this case are dismissed without prejudice.

IT IS SO ADJUDGED this 28th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE